UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - -                                                                 x
                                                                          :
Averil C. Morrison, Delisa Williams, Janenne        :
Gonzalez, Delroy Danvers, Garfield Danvers,         :
Individually and on behalf of all others similarly  :
situated,                                           :       12-CV-301
                                                    :
                                                    :       Hon. Frederic Block
                Plaintiffs,                         :
                                                    :
        v.                                          :
                                                    :
                                                    :       **NOTICE OF APPEARANCE**
International Union of Operating Engineers Local    :
14-14B, AFL-CIO, Bay Crane Service Inc., DCM        :
Erectors, Inc., Dragados Construction USA, Inc.,    :
Dragados USA Inc., El Sol Contracting and           :
Construction Corporation, Forest City Commercial    :
Construction Co., Inc., Forest City Ratner          :
Companies, LLC, Gotham Construction Company,        :
LLC, Halmar Construction Corp., Judlau
Contracting, Inc., Judlau Enterprises, LLC, Lend
Lease (US) Construction LMB Inc., Monadnock
Construction, Inc., Shiavone Construction Co. LLC,
Skanska USA Inc., Skanska Inc., Solera
Construction Inc., Sorbara Construction Corp.,
Tishman Construction Corporation of Manhattan,
Tishman Construction Corporation of New York,
Tishman Construction Corporation, Turner
Construction Company, Yonkers Contracting
Company, Inc.,

                Defendants.
- - - - -                                                                 x

**PLEASE TAKE NOTICE** that Cameron Smith, an attorney with the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters his appearance as attorney for defendants Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, and Tishman Construction Corporation in the above-captioned matter.  Cameron Smith hereby certifies that he is admitted to practice in this Court.

14791070v.1

2

                                        Respectfully submitted,

Date:   August 28, 2012

                                        SEYFARTH SHAW LLP

                                        By: <u>s/ Cameron Smith</u>
                                              Cameron Smith
                                              620 Eighth Avenue
                                              New York, New York 10018
                                              Telephone: (212) 218-5500
                                              Facsimile: (212) 218-5526
                                              casmith@seyfarth.com

14791070v.1

**CERTIFICATION OF SERVICE**

      I hereby certify that on August 28, 2012, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                          s/ Cameron Smith
                                          Cameron Smith

14791070v.1