UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - | x<br>:<br>: | |
| Averil C. Morrison, Delisa Williams, Janenne Gonzalez, Delroy Danvers, Garfield Danvers, Individually and on behalf of all others similarly situated, | :<br>:<br>:<br>:<br>: | 12-CV-301<br><br>Hon. Frederic Block |
| Plaintiffs, | :<br>: | |
| v. | :<br>: | **NOTICE OF APPEARANCE** |
| International Union of Operating Engineers Local 14-14B, AFL-CIO, Bay Crane Service Inc., DCM Erectors, Inc., Dragados Construction USA, Inc., Dragados USA Inc., El Sol Contracting and Construction Corporation, Forest City Commercial Construction Co., Inc., Forest City Ratner Companies, LLC, Gotham Construction Company, LLC, Halmar Construction Corp., Judlau Contracting, Inc., Judlau Enterprises, LLC, Lend Lease (US) Construction LMB Inc., Monadnock Construction, Inc., Shiavone Construction Co. LLC, Skanska USA Inc., Skanska Inc., Solera Construction Inc., Sorbara Construction Corp., Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Construction Corporation, Turner Construction Company, Yonkers Contracting Company, Inc., | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | |
| Defendants. | | |
| - - - - - | x | |

**PLEASE TAKE NOTICE** that Dov Kesselman, an attorney with the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters his appearance as attorney for defendants Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, and Tishman Construction Corporation in the above-captioned matter.  Dov Kesselman hereby certifies that he is admitted to practice in this Court.

14755415v.1

                                          Respectfully submitted,

Date:   August 28, 2012

                                          SEYFARTH SHAW LLP

                                          By: <u>s/ Dov Kesselman</u>
                                               Dov Kesselman
                                               620 Eighth Avenue
                                               New York, New York 10018
                                               Telephone: (212) 218-5500
                                               Facsimile: (212) 218-5526
                                               dkesselman@seyfarth.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on August 28, 2012, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                      s/ Dov Kesselman
                                                     Dov Kesselman