UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Averil C. Morrison, Delisa Williams, Janenne Gonzalez, Delroy Danvers, Garfield Danvers, Individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>International Union of Operating Engineers Local 14-14B, AFL-CIO, Bay Crane Service Inc., DCM Erectors, Inc., Dragados Construction USA, Inc., Dragados USA Inc., El Sol Contracting and Construction Corporation, Forest City Commercial Construction Co., Inc., Forest City Ratner Companies, LLC, Gotham Construction Company, LLC, Halmar Construction Corp., Judlau Contracting, Inc., Judlau Enterprises, LLC, Lend Lease (US) Construction LMB Inc., Monadnock Construction, Inc., Shiavone Construction Co. LLC, Skanska USA Inc., Skanska Inc., Solera Construction Inc., Sorbara Construction Corp., Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Construction Corporation, Turner Construction Company, Yonkers Contracting Company, Inc.,<br><br>      Defendants. | 1:12-cv-00301<br><br>Hon. Frederic Block<br><br>**NOTICE OF APPEARANCE** |

   **PLEASE TAKE NOTICE** that Christine A. Amalfe, an attorney with the law firm Gibbons P.C., One Gateway Center, Newark, New Jersey 07102-5310, hereby enters her appearance as attorney for defendant Lend Lease (US) Construction LMB Inc. in the above-captioned matter. Christine A. Amalfe hereby certifies that she is admitted to practice in this Court.

Date: August 30, 2012

Respectfully submitted,

GIBBONS P.C.

By:   s/Christine A. Amalfe
     Christine A. Amalfe
     One Gateway Center
     Newark, New Jersey 07102-5310
     Telephone: (973) 596-4829
     Facsimile: (973) 639-6230
     camalfe@gibbonslaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on August 30, 2012, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

s/Christine A. Amalfe  
Christine A. Amalfe