UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Averil C. Morrison, Delisa Williams, Janenne Gonzalez, Delroy Danvers, Garfield Danvers, Individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>International Union of Operating Engineers Local 14-14B, AFL-CIO, Bay Crane Service Inc., DCM Erectors, Inc., Dragados Construction USA, Inc., Dragados USA Inc., El Sol Contracting and Construction Corporation, Forest City Commercial Construction Co., Inc., Forest City Ratner Companies, LLC, Gotham Construction Company, LLC, Halmar Construction Corp., Judlau Contracting, Inc., Judlau Enterprises, LLC, Lend Lease (US) Construction LMB Inc., Monadnock Construction, Inc., Shiavone Construction Co. LLC, Skanska USA Inc., Skanska Inc., Solera Construction Inc., Sorbara Construction Corp., Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Construction Corporation, Turner Construction Company, Yonkers Contracting Company, Inc.,<br><br>              Defendants. | 1:12-cv-00301<br><br>Hon. Frederic Block<br><br>**NOTICE OF APPEARANCE** |

        **PLEASE TAKE NOTICE** that Richard S. Zackin, an attorney with the law firm Gibbons P.C., One Gateway Center, Newark, New Jersey 07102-5310, hereby enters his appearance as attorney for defendant Lend Lease (US) Construction LMB Inc. in the above-captioned matter. Richard S. Zackin hereby certifies that he is admitted to practice in this Court.

Date: August 30, 2012

Respectfully submitted,

GIBBONS P.C.

By:   s/Richard S. Zackin
      Richard S. Zackin
      One Gateway Center
      Newark, New Jersey 07102-5310
      Telephone: (973) 596-4869
      Facsimile: (973) 639-6330
      rzackin@gibbonslaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on August 30, 2012, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

s/Richard S. Zackin
Richard S. Zackin
