GARBARINI & SCHER, P.C.
Attorneys for Defendant
DCM ERECTORS, INC.
432 Park Avenue South, 9th Floor
New York, New York 10016
(212) 689-1113
wscher@garbarini-scher.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| Averil C. Morrison, Delisa Williams, Janenne Gonzalez, Delroy Danvers, Garfield Danvers, Individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> -against-<br><br>International Union of Operating Engineers Local 14-14B, AFL-CIO, Bay Crane Service Inc., DCM Erectors, Inc., Dragados Construction USA, Inc., Dragados USA Inc., El Sol Contracting and Construction Corporation, Forest City Commercial Construction co., Inc., Forest City Ratner Companies, LLC, Gotham Construction Company, LLC, Halmar Construction Corp., Judlau Contracting, Inc., Judlau Enterprises, LLC, Lend Lease (US) Construction LMB Inc., Monadnock Construction, Inc., Shiavone Construction Co. LLC, Skanska USA Inc., Skanska Inc., Solera Construction Inc., Sorbara Construction Corp., Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Construction Corporation, Turner Construction Company, Yonkers Contracting Company, Inc.,<br><br>      Defendants. | Docket No.: 12 CV 301(FB)(RER)<br><br>**F.R.C.P. 7.1 STATEMENT** |

------------------------------------------------------------X

  Pursuant to F.R.C.P. 7.1 in order to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant DCM ERECTORS, INC. certifies:

    that there are no corporate parents, affiliates and/or subsidiaries of
    said party which are publicly held.

Dated: New York, New York
       September 11, 2012

Yours, etc.
GARBARINI & SCHER, P.C.

BY:       /s/
WILLIAM G. SCHER (WS2891)
Attorneys for Defendant
DCM ERECTORS, INC.
432 Park Avenue South
New York, New York 10016-8013
212-689-1113
wscher@garbarini-scher.com

TO:
OFFICE OF MICHAEL G. O'NEILL
30 Vesey Street, Suite 301
New York, NY 10007
Attorneys for Plaintiffs
(212) 581-0900

GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE
One Gateway Center
Newark, NJ 07102
Attorneys for Defendant
LEND LEASE (US) CONSTRUCTION LMB, INC.
(973) 596-4829

VIRGINIA & AMBINDER
111 Broadway
New York, NY 10006
Attorneys for Defendant
MONADNOCK CONSTRUCTION, INC.
(212) 943-9080

PROSKAUER ROSE LLP
One Newark Center
Newark, NJ 07102
Attorneys for Defendant
FOREST CITY COMMERCIAL CONSTRUCTION CO., INC.
(973) 274-3200

GORDON & REES LLP
One Liberty Plaza, 23rd Floor
New York, NY 10006
Attorneys for Defendant
JUDLAU CONTRACTING, INC.
(212) 201-6777

JACKSON LEWIS LLP
58 South Service Road, Suite 410
Melville, NY 11747
Attorneys for Defendant
SKANSKA, INC.
(631) 247-4619

PITTA AND GIBLIN LLP
120 Broadway, 28th Floor
New York, NY 10271
Attorneys for Defendant
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 14-14B, AFL-CIO
(212) 652-3883

SEYFARTH SHAW
620 Eighth Avenue
New York, NY 10018
Attorneys for Defendant
DRAGADOS CONSTRUCTION USA, INC.
(212) 218-5507

KAUFF, McGUIRE & MARGOLIS LLP
950 Third Avenue, 14th Floor
New York, NY 10022
Attorneys for Defendant
TURNER CONSTRUCTION COMPANY
(212) 644-1010

JACKSON LEWIS LLP
One North Broadway
White Plains, NY 10601
Attorneys for Defendant
YONKERS CONTRACTING COMPANY, INC.
(914) 328-0404

WINGET, SPADAFORA & SCHWARTZBERG, LLP
45 Broadway, 19th Floor
New York, NY   10006
Attorneys for Defendant
SCHIAVONE CONSTRUCTION CO., LLC
(212) 221-6900