## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

     Carol A. Stanton, being duly sworn, deposes and says, that the deponent is not a party of the action and is over 18 years of age.

     That on the 13th day of September, 2012, deponent served the within

### RULE 7.1 STATEMENT

upon the attorneys named below by depositing a true copy of the same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York, and directed to the said attorneys at the address indicated below, such address being the address designated by said attorneys for that purpose.

## SEE ATTACHED RIDER

                                                                    /s/
                                                                   Carol A. Stanton

Sworn to before me this
11th day of September, 2012

   /s/
Notary Public

**R I D E R**

OFFICE OF MICHAEL G. O'NEILL
30 Vesey Street, Suite 301
New York, NY 10007
Attorneys for Plaintiffs
(212) 581-0900

GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE
One Gateway Center
Newark, NJ 07102
Attorneys for Defendant
LEND LEASE (US) CONSTRUCTION LMB, INC.
(973) 596-4829

VIRGINIA & AMBINDER
111 Broadway
New York, NY 10006
Attorneys for Defendant
MONADNOCK CONSTRUCTION, INC.
(212) 943-9080

PROSKAUER ROSE LLP
One Newark Center
Newark, NJ 07102
Attorneys for Defendant
FOREST CITY COMMERCIAL CONSTRUCTION CO., INC.
(973) 274-3200

GORDON & REES LLP
One Liberty Plaza, 23rd Floor
New York, NY 10006
Attorneys for Defendant
JUDLAU CONTRACTING, INC.
(212) 201-6777

JACKSON LEWIS LLP
58 South Service Road, Suite 410
Melville, NY 11747
Attorneys for Defendant
SKANSKA, INC.
(631) 247-4619

PITTA AND GIBLIN LLP
120 Broadway, 28th Floor
New York, NY 10271
Attorneys for Defendant
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 14-14B, AFL-CIO
(212) 652-3883

SEYFARTH SHAW
620 Eighth Avenue
New York, NY 10018
Attorneys for Defendant
DRAGADOS CONSTRUCTION USA, INC.
(212) 218-5507

KAUFF, McGUIRE & MARGOLIS LLP
950 Third Avenue, 14th Floor
New York, NY 10022
Attorneys for Defendant
TURNER CONSTRUCTION COMPANY
(212) 644-1010

JACKSON LEWIS LLP
One North Broadway
White Plains, NY 10601
Attorneys for Defendant
YONKERS CONTRACTING COMPANY, INC.
(914) 328-0404

WINGET, SPADAFORA & SCHWARTZBERG, LLP
45 Broadway, 19th Floor
New York, NY 10006
Attorneys for Defendant
SCHIAVONE CONSTRUCTION CO., LLC
(212) 221-6900