UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
AVERIL C. MORRISON, DELISA WILLIAMS, JANENNE GONZALEZ, DELROY DANVERS, GARFIELD DANVERS, individually and on behalf of all others similarly situated,

                              Plaintiffs,

-against-

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO, BAY CRANE SERVICE INC., DCM ERECTORS, INC., DRAGADOS CONSTRUCTION USA, INC., DRAGADOS USA, INC., EL SOL CONTRACTING AND CONSTRUCTION CORPORATION, FOREST CITY COMMERCIAL CONSTRUCTION CO., INC., FOREST CITY RATNER COMPANIES, LLC, GOTHAM CONSTRUCTION COMPANY, LLC, HALMAR CONSTRUCTION CORP., JUDLAU CONTRACTING, INC., JUDLAU ENTERPRISES, LLC, LEND LEASE (US) CONSTRUCTION LMB INC., MONADNOCK CONSTRUCTION, INC., SHIAVONE CONSTRUCTION CO. LLC, SKANSKA USA INC., SKANSKA INC., SOLERA CONSTRUCTION INC., SORBARA CONSTRUCTION CORP., TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN, TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, TISHMAN CONSTRUCTION CORPORATION, TURNER CONSTRUCTION COMPANY, YONKERS CONTRACTING COMPANY, INC.,

                              Defendants.
-----------------------------------------------------------------------x

Civ. No.: 12-CV-301 (FB)(RER)

## **NOTICE OF APPEARANCE**

TO CLERK OF THE COURT:

Please enter the appearance of Jonathan M. Kozak, Esq. from the law firm of Jackson Lewis LLP as attorneys for Defendant Yonkers Contracting Company, Inc. in this action.

>Jonathan M. Kozak
>JACKSON LEWIS LLP
>One North Broadway, Suite 1502
>White Plains, New York 10601
>Tel: (914) 328-0404
>Fax (914) 328-1882
>*kozakj@jacksonlewis.com*

>Respectfully submitted,
>
>JACKSON LEWIS LLP
>One North Broadway, 15th Floor
>White Plains, New York 10601
>Tel. (914) 328-0404
>Fax (914) 328-1882
>*Attorneys for Defendant*
>
>By: _____
>Jonathan M. Kozak, Esq.

Dated: September 25, 2012
White Plains, New York

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
AVERIL C. MORRISON, DELISA WILLIAMS, JANENNE GONZALEZ, DELROY DANVERS, GARFIELD DANVERS, individually and on behalf of all others similarly situated,

                                  Plaintiffs,

-against-

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO, BAY CRANE SERVICE INC., DCM ERECTORS, INC., DRAGADOS CONSTRUCTION USA, INC., DRAGADOS USA, INC., EL SOL CONTRACTING AND CONSTRUCTION CORPORATION, FOREST CITY COMMERCIAL CONSTRUCTION CO., INC., FOREST CITY RATNER COMPANIES, LLC, GOTHAM CONSTRUCTION COMPANY, LLC, HALMAR CONSTRUCTION CORP., JUDLAU CONTRACTING, INC., JUDLAU ENTERPRISES, LLC, LEND LEASE (US) CONSTRUCTION LMB INC., MONADNOCK CONSTRUCTION, INC., SHIAVONE CONSTRUCTION CO. LLC, SKANSKA USA INC., SKANSKA INC., SOLERA CONSTRUCTION INC., SORBARA CONSTRUCTION CORP., TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN, TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, TISHMAN CONSTRUCTION CORPORATION, TURNER CONSTRUCTION COMPANY, YONKERS CONTRACTING COMPANY, INC.,

                                  Defendants.
----------------------------------------------------------------x

Civ. No.: 12-CV-301 (FB)(RER)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached Notice of Appearance for Jonathan M. Kozak, Esq. has been served via ECF and E-Mail on September 25, 2012 upon:

Michael G. O'Neill, Esq.
30 Vesey Street, Suuite 301
New York, New York 10007
(darrow@oneillaw.com)
*Counsel for Plaintiffs*

Vincent Michael Giblin, Esq.
Pitta and Giblin LLP
120 Broadway, 28th Fl.
New York, New York 10271
(vgiblin@pittagiblin.com)
*Counsel for International Union of Operating Engineers, Local 14-14B, AFL-CIO*

James Michael Steinberg, Esq.
Brady McGuire & Steinberg, P.C.
303 South Broadway, Suite 234
Tarrytown, New York 10591
(james@bradymcquiresteinberg.com)
*Counsel for International Union of Operating Engineers, Local 14-14B, AFL-CIO*

Joseph H. Green, Esq.
160 Broadway, Suite 500
New York, New York 10038
(jgreen@joegreenlaw.com)
*Counsel for International Union of Operating Engineers, Local 14-14B, AFL-CIO*

William Goldman Scher, Esq.
Garbarini and Scher, P.C.
432 Park Avenue South
New York, New York 10016
(legal@garbarini-scher.com)
*Counsel for DCM Erectors, Inc.*

David B. Ross, Esq.
(dross@seyfarth.com)
Cameron Alexander Smith, Esq.
(CASmith@seyfarth.com)
Dov Kesselman, Esq.
(dkesselman@seyfarth.com)
Seyfarth Shaw LLP
620 Eighth Avenue, 32nd Fl.
New York, New York 10018

*Counsel for Dragados Construction USA, Inc., Dragados USA, Inc., El Sol Contracting and Construction Corporation, Gotham Construction Company LLC, Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, and Tishman Construction Corporation*

Jeremy M. Brown, Esq.
(jbrown@proskauer.com)
Lawrence R. Sandak, Esq.
(lsandak@proskauer.com)
Proskauer Rose LLP
One Newark Center
Newark, New Jersey 07102
*Counsel for Forest City Commercial Construction Co., Inc., Forest City Enterprises, Inc., and Forest City Ratner Companies, LLC*

Mercedes Colwin, Esq.
Gordon & Rees LLP
One Liberty Plaza, 23rd Fl.
New York, New York 10006
(mcolwin@gordonrees.com)
*Counsel for Judlau Contracting, Inc and Judlau Enterprises, LLC*

Michael J. Vollbrecht, Esq.
(mvollbrecht@gordonrees.com)
Ryan James Sestack, Esq.
(rsestack@gordonrees.com)
Gordon & Rees LLP
90 Broad Street, 23rd Fl.
New York, New York 10004
*Counsel for Judlau Contracting, Inc and Judlau Enterprises, LLC*

Christine A. Amalfe, Esq.
(camalfe@gibbonslaw.com)
Richard S. Zackin, Esq.
(rzackin@gibbonslaw.com)
Gibbons, P.C.
One Gateway Center
Newark, New Jersey 07102
*Counsel for Lend Lease (US) Construction LMB Inc.*

Michael Bauman, Esq.
Virginia & Ambinder
111 Broadway
New York, New York 10006
(mbauman@vandallp.com)
*Counsel for Monadnock Construction, Inc.*

Matthew Tracy, Esq.
(tracy.m@wssllp.com)
Tracy Morgan Wallach, Esq.
(wallach.t@wssllp.com)
Winget Spadafora & Schwartzberg
45 Broadway, 19th Fl.
New York, New York 10006
*Counsel for Schiavone Construction Co. LLC*

Kimberly Natalie Dobson, Esq.
(dobsonk@jacksonlewis.com)
Marc S. Wenger, Esq.
(wengerm@jacksonlewis.com)
Jackson Lewis LLP
58 South Service Road, Suite 410
Melville, New York 11747
*Counsel for Skanska USA Inc. and Skanska Inc.*

Aislinn Sydney McGuire, Esq.
Kauff, McGuire & Margolis LLP
950 Third Avenue, 14th Fl.
New York, New York 10022
(amcquire@kmm.com)
*Counsel for Turner Construction Company*

_____
Jonathan M. Kozak

4