UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| - - - - - | x | |
|---|---|---|
| Averil C. Morrison, Delisa Williams, Janenne Gonzalez, Delroy Danvers, Garfield Danvers, Individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>International Union of Operating Engineers Local 14-14B, AFL-CIO, Bay Crane Service Inc., DCM Erectors, Inc., Dragados Construction USA, Inc., Dragados USA Inc., El Sol Contracting and Construction Corporation, Forest City Commercial Construction Co., Inc., Forest City Ratner Companies, LLC, Gotham Construction Company, LLC, Halmar Construction Corp., Judlau Contracting, Inc., Judlau Enterprises, LLC, Lend Lease (US) Construction LMB Inc., Monadnock Construction, Inc., Shiavone Construction Co. LLC, Skanska USA Inc., Skanska Inc., Solera Construction Inc., Sorbara Construction Corp., Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New York, Tishman Construction Corporation, Turner Construction Company, Yonkers Contracting Company, Inc.,<br><br>      Defendants. | : : : : : : : : : : : : : : : : : : : : : : : : : : | 12-CV-301<br><br>Hon. Frederic Block |
| - - - - - | X | |

## FEDERAL RULE OF CIVIL PROCEDURE 7.1
## CORPORATE DISCLOSURE STATEMENT

   Pursuant to Federal Rule of Civil Procedure 7.1, and through its undersigned counsel of record, Defendant Dragados USA, Inc., states that it is owned by Dragados, S.A., that Dragados, S.A. is owned by ACS Actividades de Construcción y Servicios, S.A., a Spanish company whose

stock is publicly traded on the Spanish stock exchange, and that no other publicly traded company owns 10% or more of the stock of Dragados USA, Inc., or Dragados, S.A.

Date: September 25, 2012

                              SEYFARTH SHAW LLP

                              By: <u>s/ Dov Kesselman</u>
                                  Dov Kesselman
                                  David B. Ross
                                  Cameron Smith
                                  620 Eighth Avenue
                                  New York, New York 10018
                                  Telephone: (212) 218-5500
                                  Facsimile: (212) 218-5526
                                  dkesselman@seyfarth.com
                                  dross@seyfarth.com
                                  casmith@seyfarth.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on September 25, 2012, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                s/  Dov Kesselman
                                                Dov Kesselman